

**U.S. Department of Justice**
United States Attorney

**FILED**
December 1, 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____SAJ_____
Deputy

# United States District Court
# Western District of Texas

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **Case No: SA-21-CR-00531-JKP** |
| ) | |
| v. ) | |
| ) | |
| (1) TIMOTHY BLAND ) | |
| aka "GRANDMA" ) | |

### ORDER FOR BENCH WARRANT

It appearing to the Court than an Indictment has been returned against the below named defendant, it is hereby ORDERED that warrant issue for the arrest of said defendant, returnable instanter to the San Antonio Division of this Court.

### Defendant

### (1) TIMOTHY BLAND aka "GRANDMA"

ENTERED at San Antonio, Texas, this 1ˢᵗ day of December, 2021.

*[signature]*

UNITED STATES MAGISTRATE JUDGE

If the Defendant is arrested outside the Western District of Texas, the United States Attorney for the Western District of Texas recommends that Defendant **TIMOTHY BLAND aka "GRANDMA"** be detained without bond after a hearing.