FILED
December 08, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Magda Muzza_____
           DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA )<br>)<br>**Plaintiff** )<br>)<br>v. )<br>)<br>1) TIMOTHY BLAND )<br>    aka "GRANDMA" )<br>(2) CRANDALL JONES )<br>    aka "PUNIE" )<br>(3) LUIS TOVIAS )<br>(5) PAMELA FELITA BREEDING )<br><br>**Defendant.** | Case No. 5: 21-CR-0531-JKP |

## GOVERNMENT'S MOTION TO UNSEAL INDICTMENT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney for the Western District of Texas, and files its Motion to Unseal Indictment on the above referenced Defendants, Case Number 5:21-CR-531. Defendants are currently in custody in Houston, Texas.

WHEREFORE, PREMISES CONSIDERED, the Government requests that the Court order the Indictment to be unsealed.

Respectfully submitted,

ASHLEY C. HOFF
United States Attorney

By: _____/s/_____
Sarah E. Spears
Assistant United States Attorney
Texas Bar No. 24060136
601 N. W. Loop 410, Suite 600
San Antonio, TX   78216