CLOSED

## U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Houston)
## CRIMINAL DOCKET FOR CASE #: 4:21-mj-02629-1 *SEALED*
### Internal Use Only

Case title: USA v. SEALED
Other court case number: SA-21-CR-531-JKP Western District of Texas

Date Filed: 12/08/2021
Date Terminated: 12/10/2021

Assigned to: Magistrate Judge Christina A Bryan

**Defendant (1)**

Timothy Bland
*Custody*
*TERMINATED: 12/10/2021*
also known as
Grandma
*TERMINATED: 12/10/2021*

represented by   Gerardo S Montalvo
The Montalvo Law Firm, PLLC
Park Central Plaza
1111 North Loop West
Ste 820
Houston, TX 77008
713-526-5002
Fax: 713-526-5018
Email: montalvolaw@sbcglobal.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: CJA Appointment

Gregory Charles Gladden
Attorney at Law
3017 Houston Ave
Houston, TX 77009
713-880-0333
Fax: 713-880-4018
Email: gladden@airmail.net
*TERMINATED: 12/09/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: CJA Appointment

**Pending Counts**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**

**Disposition**

**Disposition**

**Disposition**

1

None

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 21:841 (a)(1)& 841 (b)(1)(A)(B) and 21:846 – Conspiracy to possess with intent to distribute Methamphetamine | Ordered committed to the Texas Western District Court San Antonio |

**Plaintiff**

USA

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 12/08/2021 | 1 | 4 | Copy of Sealed Indictment from the Western District of Texas, Case No. SA–21–CR–531 JKP, as to Timothy Bland, filed.(RBecknal, 4) (Entered: 12/08/2021) |
| 12/08/2021 | | | Arrest of Timothy Bland, filed. (RBecknal, 4) (Entered: 12/08/2021) |
| 12/08/2021 | | | ***Set/Reset Hearings as to Timothy Bland : Initial Appearance set for 12/8/2021 at 02:00 PM in Courtroom 701 before Magistrate Judge Christina A Bryan (RBecknal, 4) (Entered: 12/08/2021) |
| 12/08/2021 | | | Minute Entry for proceedings held before Magistrate Judge Christina A Bryan: INITIAL APPEARANCE as to Timothy Bland, (Deft informed of rights) held on 12/8/2021. Defendant requests appointed counsel. Financial Affidavit executed. Order Appointing CJA Counsel for a limited purpose to be entered. Counsel Determination Hearing set for December 9, 2021 at 10:00 AM. Order of Temporary Detention Pending Hearing to be entered. Appearances:Ed Gallagher f/ USA.(ERO:D. McKinnie– Richardson) (Interpreter:No) Deft remanded to custody, filed.(MelissaMorgan, 4) (Entered: 12/08/2021) |
| 12/08/2021 | 2 | 9 | Sealed Financial Affidavit CJA 23 by Timothy Bland, filed. (Entered: 12/08/2021) |
| 12/08/2021 | 3 | 10 | ORDER APPOINTING COUNSEL FOR LIMITED PURPOSE for Defendant Timothy Bland. Gregg Gladden appointed. ( Signed by Magistrate Judge Christina A Bryan) Parties notified. (MelissaMorgan, 4) (Entered: 12/08/2021) |
| 12/08/2021 | 4 | | Order of Temporary Detention Pending Hearing as to Timothy Bland Counsel Determination Hearing set for 12/9/2021 at 10:00 AM in Courtroom 701 before Magistrate Judge Christina A Bryan Identity and Detention Hearing set for 12/10/2021 at 11:00 AM in Courtroom 701 before Magistrate Judge Christina A Bryan ( Signed by Magistrate Judge Christina A Bryan) Parties notified. (MelissaMorgan, 4) (Entered: 12/08/2021) |

| 12/08/2021 | 5 | 11 | NOTICE OF SETTING as to Timothy Bland. Counsel Determination Hearing set for 12/9/2021 at 10:00 AM in Courtroom 701 before Magistrate Judge Christina A Bryan, filed. (MelissaMorgan, 4) (Entered: 12/08/2021) |
| --- | --- | --- | --- |
| 12/08/2021 | 6 | 12 | Order of Temporary Detention Pending Hearing as to Timothy Bland Identity and Detention Hearing set for 12/10/2021 at 11:00 AM in Courtroom 701 before Magistrate Judge Christina A Bryan ( Signed by Magistrate Judge Christina A Bryan) Parties notified. (MelissaMorgan, 4) (Entered: 12/08/2021) |
| 12/09/2021 | | | Attorney update in case as to Timothy Bland. Attorney Gregory Charles Gladden terminated. (MelissaMorgan, 4) (Entered: 12/09/2021) |
| 12/09/2021 | | | Minute Entry for proceedings held before Magistrate Judge Christina A Bryan: COUNSEL DETERMINATION HEARING as to Timothy Bland held on 12/9/2021.Gregg Gladden terminated as counsel to Timothy. Order appointing new counsel to be entered. Gerardo S Montalvo for Timothy Bland appointed. Appearances:Edward Gallagher f/USA Gregg Gladden f/ Timothy Bland.(ERO:S. Thomas– Anderson) (Interpreter:No) Deft remanded to custody, filed.(MelissaMorgan, 4) (Entered: 12/09/2021) |
| 12/09/2021 | 7 | 13 | ORDER APPOINTING COUNSEL FOR LIMITED PURPOSE for Defendant Timothy Bland. Gerardo Montalvo appointed. ( Signed by Magistrate Judge Christina A Bryan) Parties notified. (MelissaMorgan, 4) (Entered: 12/09/2021) |
| 12/10/2021 | | | IDENTITY AND DETENTION HEARING Minute Entry for proceedings held on 12/10/2021 before Magistrate Judge Christina A Bryan as to Timothy Bland Defendant appeared with counsel. Waiver of Detention Hearing in this district executed on the record, Deft ordered removed to originating district. Appearances: AUSA Edward Gallagher f/USA.(ERO:Yes) (Interpreter: No) (Pretrial Officer: Matthew Simons) Deft remanded to custody, filed.(MelissaMorgan, 4) (Entered: 12/10/2021) |
| 12/10/2021 | 8 | 14 | BRADY ORDER on Rule 5(f) as to Timothy Bland. (Signed by Magistrate Judge Christina A Bryan) Parties notified. (MelissaMorgan, 4) (Entered: 12/10/2021) |
| 12/10/2021 | 9 | 15 | COMMITMENT TO ANOTHER DISTRICT as to Timothy Bland. Defendant committed to the Texas Western District Court. ( Signed by Magistrate Judge Christina A Bryan) Parties notified. (MelissaMorgan, 4) (Entered: 12/10/2021) |
| 12/10/2021 | | | RULE 5 Papers sent via email to Texas Western District Court San Antonio Division as to Timothy Bland, filed.(MelissaMorgan, 4) (Entered: 12/10/2021) |
| 12/10/2021 | 10 | 16 | WAIVER of Rule 5 & 5.1 Hearings– Detention by Timothy Bland, filed.(MelissaMorganadi, 4) (Entered: 12/10/2021) |
| 12/16/2021 | 11 | 17 | Pretrial Services Report (Sealed) as to Timothy Bland, filed. (Entered: 12/16/2021) |
| 12/16/2021 | 12 | 22 | Addendum Pretrial Services Report (Sealed) as to Timothy Bland, filed. (Entered: 12/16/2021) |

3

United States District Court
Southern District of Texas
**ENTERED**
December 08, 2021
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| versus § | Case No. 4:21-mj-02629 *SEALED* |
| § | |
| Timothy Bland § | |

## ORDER APPOINTING COUNSEL FOR LIMITED PURPOSE

Because the Defendant, Timothy Bland, has satisfied this court that (s)he is financially unable to employ counsel for initial appearance only and does not wish to waive counsel, and because the interests of justice so require, an attorney is hereby **APPOINTED** to represent Defendant in the above designated case for the **limited purpose of any hearing conducted in Houston, Texas**, and shall have no effect once the Defendant is transferred to the original court in the Western District of Texas, San Antonio Division. Once transferred, the original court must make a new determination on whether the Defendant satisfies the requirements for appointed counsel based on the information available to the court at that time.

### Attorney appointed: Gregg Gladden

The appointment **SHALL** remain in effect until Defendant is transferred to the original jurisdiction and this case is terminated in the Southern District of Texas.

Signed on December 8, 2021.

Christina A. Bryan
United States Magistrate Judge

10

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.

Case Number: 4:21-mj-02629
*SEALED*

Timothy Bland

---

### NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Christina A Bryan

**PLACE:**
Courtroom 701
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 12/9/2021

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Counsel Determination Hearing

Date:   December 8, 2021

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

United States District Court
Southern District of Texas
**ENTERED**
December 08, 2021
Nathan Ochsner, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| versus § | Case No. 4:21-mj-02629 *SEALED* |
| § | |
| Timothy Bland § | |

## ORDER OF DETENTION PENDING HEARING

A hearing in this case is scheduled as follows:

Identity and Detention Hearing
December 10, 2021 at 11:00 AM
Courtroom 701
United States District Court
515 Rusk Street
Houston, TX 77002

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: December 8, 2021

_Christina A. Bryan_
Christina A. Bryan
United States Magistrate Judge

12

United States District Court
Southern District of Texas
**ENTERED**
December 09, 2021
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| versus § | Case No. 4:21-mj-02629 *SEALED* |
| § | |
| Timothy Bland § | |

### ORDER APPOINTING COUNSEL FOR LIMITED PURPOSE

Because the Defendant, Timothy Bland , has satisfied this court that (s)he is financially unable to employ counsel for initial appearance only and does not wish to waive counsel, and because the interests of justice so require, an attorney is hereby **APPOINTED** to represent Defendant in the above designated case for the **limited purpose of any hearing conducted in Houston, Texas**, and shall have no effect once the Defendant is transferred to the original court in the Western District of Texas, San Antonio Division. Once transferred, the original court must make a new determination on whether the Defendant satisfies the requirements for appointed counsel based on the information available to the court at that time.

### Attorney appointed: Gerardo Montalvo

The appointment **SHALL** remain in effect until Defendant is transferred to the original jurisdiction and this case is terminated in the Southern District of Texas.

Signed on December 9, 2021.

Christina A. Bryan
United States Magistrate Judge

13

United States District Court
Southern District of Texas
**ENTERED**
December 10, 2021
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| versus § | Case No. 4:21–mj–02629 *SEALED* |
| § | |
| Timothy Bland § § | |

## ORDER

In accordance with Federal Rule of Criminal Procedure 5(f), as amended by the Due Process Protections Act, Pub. L. No. 116-182, 134 Stat. 894 (Oct. 21, 2020), the Government is **ORDERED** to comply with the prosecutor's disclosure obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny. The Government is also notified of the potential consequences of violating this Order and the disclosure obligations. The consequences include, but are not limited to, sanctions such as delaying trial or other proceedings, excluding evidence, giving adverse jury instructions, granting a new trial, dismissing the case, or finding the Government in contempt.

It is so **ORDERED**.

**SIGNED** on December 10, 2021.

Christina A. Bryan
United States Magistrate Judge

14

United States District Court
Southern District of Texas
**ENTERED**
December 10, 2021
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| versus § | Case No. 4:21–mj–02629 *SEALED* |
| § | |
| Timothy Bland § | |

**COMMITMENT TO ANOTHER DISTRICT**

The defendant has been ordered to appear in the **Texas Western District Court, San Antonio division, in 21CR531.**

The defendant is requesting court appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: December 10, 2021

_Christina A. Bryan_
Christina A. Bryan
United States Magistrate Judge

Government moved for detention and Defendant detained pending a hearing in District of offense.

15

AO 466A (Rev. 01/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 4:21-mj-2629-01 |
| Timothy Bland ) | |
| _Defendant_ ) | Charging District's Case No. SA-21-CR531-JKP (1) |

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* __Western District of Texas, San Antonio Division__

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 10 days of my first appearance if I am in custody and 20 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☒ a preliminary or detention hearing to which I may be entitled in this district, and production of the warrant. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 12.10.21

_Timothy Bland_
Defendant's signature

_signature_
Signature of defendant's attorney

G.S. MONTALVO
Printed name of defendant's attorney

16