UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| V. | ) CRIMINAL NO. SA-21-CR-00531-JKP |
| | ) |
| TIMOTHY BLAND, | ) |
|    aka "GRANDMA" (1), | ) |
| CRANDALL JONES | ) |
|    aka "PUNIE" (2), | ) |
| LUIS TOVIAS (3), | ) |
| VALERIE NICHOLE GARCIA (4), | ) |
| PAMELA FELITA BREEDING (5), | ) |
| TIMOTHY ELVIN BREEDING | ) |
|    aka "LTTLE TIM" | ) |
|    aka "LITTLE T" | ) |
|    aka "JUNIOR" (6), | ) |
| JOHN RUSSUP | ) |
|    aka "PIZZA" | ) |
|    aka "PIZZA MAN" (7), | ) |
| MICHELLE KATHERINE BILSKEY | ) |
|    aka "KAT" (8), | ) |
| TERRY LYNN CLAY (9), | ) |
| TONYA VONCI MIDDLETON- | ) |
| HARRIS (10), | ) |
| DANA HARRINGTON (11), | ) |
| LAMONDRAE IRVING (12), | ) |
| | ) |
| Defendants. | ) |

**GOVERNMENT'S NOTICE OF APPEARANCE OF FORFEITURE COUNSEL**

TO THE HONORABLE JUDGE OF SAID COURT:

     COMES NOW the United States of America, by and through the undersigned counsel, and hereby gives notice that Assistant United States Attorney Fidel Esparza III is assigned to represent the United States in the above-captioned case on all matters involving forfeiture proceedings. Therefore, it is requested that Assistant United States Attorney Fidel Esparza III be added to the docket in the instant cause.

                                                      Respectfully submitted,

                                                      ASHLEY C. HOFF
                                                      UNITED STATES ATTORNEY

By:  /s/
      FIDEL ESPARZA III
      Assistant United States Attorney
      Asset Forfeiture Section
      601 NW Loop 410, Suite 600
      San Antonio, Texas 78216
      Tel: 210-384-7040
      Fax: 210-384-7045
      Texas Bar No. 24073776
      Email: Fidel.Esparza@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 16, 2022, the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System, which will transmit notification of such filing to the following CM/ECF participants:

**Molly Lizbeth Roth**
Federal Public Defender's Office
727 E. Cesar E. Chavez Blvd.
Room B-207
San Antonio, TX 78206-1205
Email: molly_roth@fd.org
Attorney for Timothy Bland (1)

**Peter Michael Barrett**
Law Office of Peter Barrett
3300 Oak Lawn Ave
Suite 700
Dallas, TX 75219
Email: peter@barrettcrimelaw.com
Attorney for Crandall Jones (2)

**Christopher M. Griffith**
Law Office of Christopher M. Griffith
310 S. St. Mary's Street
Suite 1215
San Antonio, TX 78205
Email: cmarkgriffith@gmail.com
Attorney for Luis Tovias (3)

**Robbie L. Ward**
Law Office Of Robbie Ward
530 Lexington Ave.
San Antonio, TX 78215
Email: robbieleaward@yahoo.com
Attorney for Valerie Nichole Garcia (4)

**Samuel L. Milledge, II**
The Milledge Law Firm, PLLC
2500 East T.C. Jester, Ste. 510
Houston, TX 77008
Email: smilledge2@gmail.com
Attorney for Pamela Felita Breeding (5)

**Douglas S. Daniel**
Daniel & Hudson, PLLC
1815 San Pedro Avenue
San Antonio, TX 78212
Email: douglas@danielhudson.com
Attorney for John Russup (7)

**John Finbar Carroll**
Attorney at Law
111 West Olmos Drive
San Antonio, TX 78212
Email: jcarrollsatx@gmail.com
Attorney for Michelle Katherine Bilskey (8)

**Richard Emil Langlois**
Langlois & Brooks
217 Arden Grove
San Antonio, TX 78215
Email: richardl@stic.net
Attorney for Terry Lynn Clay (9)

**Scott Simpson**
Simpson & Gilmore, PLLC
1901 Buena Vista
San Antonio, TX 78207
Email: scottsimpson@lawyer.com
Attorney for Dana Harrington (11)

**Stephen H. Gordon**
The Gordon Law Firm, P.C.
5820 IH 10 West, Suite 400
San Antonio, TX 78201
Email: stephen@thegordonlawfirm.com
Attorney for Lamondrae Irving (12)

/s/
FIDEL ESPARZA III
Assistant United States Attorney