UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| V. | ) CRIMINAL NO. SA-21-CR-00531-JKP |
| | ) |
| TIMOTHY BLAND, | ) |
|   aka "GRANDMA" (1), | ) |
| CRANDALL JONES | ) |
|   aka "PUNIE" (2), | ) |
| LUIS TOVIAS (3), | ) |
| VALERIE NICHOLE GARCIA (4), | ) |
| PAMELA FELITA BREEDING (5), | ) |
| TIMOTHY ELVIN BREEDING | ) |
|   aka "LTTLE TIM" | ) |
|   aka "LITTLE T" | ) |
|   aka "JUNIOR" (6), | ) |
| JOHN RUSSUP | ) |
|   aka "PIZZA" | ) |
|   aka "PIZZA MAN" (7), | ) |
| MICHELLE KATHERINE BILSKEY | ) |
|   aka "KAT" (8), | ) |
| TERRY LYNN CLAY (9), | ) |
| TONYA VONCI MIDDLETON- | ) |
| HARRIS (10), | ) |
| DANA HARRINGTON (11), | ) |
| LAMONDRAE IRVING (12), | ) |
| | ) |
| Defendants. | ) |

**GOVERNMENT'S NOTICE OF APPEARANCE OF FORFEITURE COUNSEL**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America, by and through the undersigned counsel, and hereby gives notice that Assistant United States Attorney Mary Nelda G. Valadez is now assigned to represent the United States in the above-captioned case on all matters involving forfeiture proceedings. Therefore, it is requested that Assistant United States Attorney Mary Nelda G.

Valadez be added to the docket in the instant cause. Please remove Fidel Esparza III as counsel for the government in this case.

          Respectfully submitted,

          ASHLEY C. HOFF
          UNITED STATES ATTORNEY

By:   /s/
          MARY NELDA G. VALADEZ
          Assistant United States Attorney
          Asset Forfeiture Section
          601 NW Loop 410, Suite 600
          San Antonio, Texas 78216
          Tel: 210-384-7040
          Fax: 210-384-7045
          Texas Bar No. 20421844
          Email: mary.nelda.valadez@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2022, the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System, will transmit notification of such filing to the following CM/ECF participants:

**Molly Lizbeth Roth**
Federal Public Defender's Office
727 E. Cesar E. Chavez Blvd.
Room B-207
San Antonio, TX 78206-1205
Email: molly_roth@fd.org
*Attorney for Timothy Bland (1)*

**Peter Michael Barrett**
Law Office of Peter Barrett
3300 Oak Lawn Ave
Suite 700
Dallas, TX 75219
Email: peter@barrettcrimelaw.com\
*Attorney for Crandall Jones (2)*

**Christopher M. Griffith**
Law Office of Christopher M. Griffith
310 S. St. Mary's Street
Suite 1215
San Antonio, TX 78205
Email: cmarkgriffith@gmail.com
*Attorney for Luis Tovias (3)*

**Robbie L. Ward**
Law Office Of Robbie Ward
530 Lexington Ave.
San Antonio, TX 78215
Email: robbieleaward@yahoo.com
*Attorney for Valerie Nichole Garcia (4)*

**Samuel L. Milledge, II**
The Milledge Law Firm, PLLC
2500 East T.C. Jester, Ste. 510
Houston, TX 77008
Email: smilledge2@gmail.com
*Attorney for Pamela Felita Breeding (5)*

**Douglas S. Daniel**
Daniel & Hudson, PLLC
1815 San Pedro Avenue
San Antonio, TX 78212
Email: douglas@danielhudson.com
*Attorney for John Russup (7)*

**John Finbar Carroll**
Attorney at Law
111 West Olmos Drive
San Antonio, TX 78212
Email: jcarrollsatx@gmail.com
*Attorney for Michelle Katherine Bilskey (8)*

**C. Jeffrey Mulliner**
The Mulliner Law Firm, PLLC
628 S St. Mary's St., Suite 100
San Antonio, TX 78205
Email: jeff@mulliner.com
*Attorney for Terry Lynn Clay (9)*

**Scott Simpson**
Simpson & Gilmore, PLLC
1901 Buena Vista
San Antonio, TX 78207
Email: scottsimpson@lawyer.com
*Attorney for Dana Harrington (11)*

**Stephen H. Gordon**
The Gordon Law Firm, P.C.
5820 IH 10 West, Suite 400
San Antonio, TX 78201
Email: stephen@thegordonlawfirm.com
*Attorney for Lamondrae Irving (12)*

/s/
MARY NELDA G. VALADEZ
Assistant United States Attorney